UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AIMEE DOE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02314- PA (AGRx)<br><br>Honorable Percy Anderson<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]** |
|---|---|

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

## [PROPOSED] ORDER

Good cause appearing and **IT IS HEREBY ORDERED**, that the above matter, in its entirety, is dismissed with prejudice. The Court to retain jurisdiction to enforce the Parties' Settlement Agreement.

Dated: July 02, 2018

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE